NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TODD JOSEPH MITCHKA,                )
                                    )
       Appellant,              )
                                    )
v.                                  )          Case No. 2D18-242
                                    )
STATE OF FLORIDA,                   )
                                    )
       Appellee.               )
_____  )

Opinion filed June 20, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Crockett Farnell,
Senior Judge.

Todd Joseph Mitchka, pro se.

PER CURIAM.

      Affirmed.  See State v. Cregan, 908 So. 2d 387 (Fla. 2005); Toney v. State, 817 So. 2d 924 (Fla. 2d DCA 2002) (en banc); Comer v. State, 909 So. 2d 460 (Fla. 4th DCA 2005); Toomer v. State, 895 So. 2d 1256 (Fla. 1st DCA 2005); Teart v. State, 866 So. 2d 145 (Fla. 1st DCA 2004); Sherwood v. State, 745 So. 2d 378 (Fla. 4th DCA 1999).

KHOUZAM, MORRIS, and ATKINSON, JJ., Concur.